**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

AVIARA PARKWAY FARMS, INC. and RANCHO SANTA FE PRODUCE, INC.,

Plaintiffs,

v.

AGROPECUARIA LA FINCA, S.P.R. de R.L.; RS INTERNATIONAL PRODUCE, INC.; RICHARD SCHUMAKER, an individual; VALLEY FRESH PRODUCE, INC.; CHIQUITA FRESH NORTH AMERICA, LLC; JOSE "PEPE" GEFFROY, an individual; TRINIDAD COTA ACOSTA; JOSE RAUL AVILES GERALDO; ADRIANA LIBERTAD AVILES AHUMADA; JOSE LUIS PERPULI MEZA; LOURDES ANGENLICA RODRIGUEZ MAYORAL; JOSE JESUS GONZALEZ GONZALEZ; MIRTHA SUSAN GONZALEZ FEDERICO; JUANA ANGELA POLONI TRAPLETTI; FRANCISCO ALBERTO PICCINI POLONI; SALVADOR PENA VALLES; OSCAR HUMBERTO PENA OROZCO; SALVADOR PELAYO LOPEZ; SALVADOR PELAYO CARDENAS, and DOES 1 through 50, inclusive,

Defendants.

CASE NO. 08 CV 2301 JM (CAB)

**ORDER DENYING DEFENDANT CHIQUITA FRESH NORTH AMERICA, LLC's MOTION TO CONTINUE HEARING**

Doc. No. 7

Plaintiffs Aviara Parkway Farms, Inc. ("Aviara Farms") and Rancho Santa Fe Produce, Inc.

("RSF Produce")(collectively, "Plaintiffs") filed a complaint on December 11, 2008, asserting causes of action related to violations of the Perishable Agricultural Commodities Act of 1930 ("PACA"), breach of contract, and intentional interference with contractual relations flowing from a contractual relationship between Aviara Farms and Defendant Agropecuaria La Finca, S.P.R. de R.L. ("Finca"). (Doc. No. 1.) On December 17, 2008, Plaintiffs submitted an ex parte application for temporary restraining order ("TRO") under Fed. R. Civ. P. 65(b), or, alternatively, for preliminary injunction. (Doc. No. 4, "Req.") This court denied the motion without prejudice and set a hearing on the motion for January 5, 2009. (Doc. No. 5.)

Pending before the court is a motion by Defendant Chiquita Fresh North America, LLC ("Chiquita") to continue the January 5, 2009 hearing to an alternate date. (Doc. No. 7.) For the reasons set forth in the court's December 23 order, the court found this matter appropriate for a short-set hearing. Thus, the court **DENIES** the motion without prejudice.

**IT IS SO ORDERED.**

DATED: December 29, 2008

Hon. Jeffrey T. Miller
United States District Judge