UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIARA PARKWAY FARMS, INC. and RANCHO SANTA FE PRODUCE, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>AGROPECUARIA LA FINCA, S.P.R. de R.L., et al.,<br><br>Defendants. | Case No.:  08 CV 2301 JM CAB<br><br>ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT CHIQUITA FRESH NORTH AMERICA, LLC TO FILE AN ANSWER OR RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT<br><br>Doc. No. 21 |

BEFORE THE COURT is the Stipulation of Plaintiffs, Aviara Parkway Farms, Inc and Rancho Santa Fe Produce, Inc., and Defendant, Chiquita Fresh North America, LLC, for Extension of Time for Defendant to File an Answer or Responsive Pleading to Plaintiffs' Complaint pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 12.1.  Having considered the Stipulation and being otherwise fully advised in the premises, it is hereby

ORDERED AND DECREED that the Extension of Time for Defendant Chiquita Fresh North America, LLC to File an Answer of Responsive Pleading pursuant to Fed.

R. Civ. P. 6(b) and Local Civil Rule 12.1 is hereby GRANTED.  Defendant Chiquita Fresh North America, LLC, shall file and serve an Answer or other responsive pleading no later than **January 30, 2009**.

    **IT IS SO ORDERED.**

**DATED: January 23 , 2009.**

_____
**Hon. Jeffrey T. Miller**
United States District Judge