UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIARA PARKWAY FARMS, INC. and RANCHO SANTA FE PRODUCE, INC., <br><br> Plaintiffs, <br><br> -vs- <br><br> AGROPECUARIA LA FINCA et al., <br><br> Defendants. | CASE NO. 08 CV 2301 JM CAB <br><br> **ORDER DISMISSING DEFENDANT CHIQUITA FRESH NORTH AMERICA, LLC FROM PLAINTIFFS' COMPLAINT** <br><br> Doc. No. 54 |

After consideration of the Joint Motion for Dismissal of Defendant CHIQUITA FRESH NORTH AMERICA, LLC from Plaintiffs' Complaint, and good cause otherwise appearing therefor,

IT IS ORDERED that Defendant CHIQUITA FRESH NORTH AMERICA, LLC, only, is hereby dismissed from Plaintiffs' Complaint with prejudice.

Dated: April 16, 2009

_____
Honorable Jeffrey T. Miller
United States District Court Judge

-1-