# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIARA PARKWAY FARMS, INC., and RANCHO SANTA FE PRODUCE, INC., <br><br> PlaintiffS, <br><br> v. <br><br> AGROPECUARIA LA FINCA, S.P.R de R.L, et al, <br><br> Defendants. | CASE NO. 08 CV 2301 JM CAB <br><br> ORDER GRANTING CONTINUANCE OF DATE FOR EXCHANGE OF EXPERT WITNESS WRITTEN REPORTS AND DISCOVERY AND MOTION CUTOFF DATES |

The Court has considered the Joint Motion for a Continuance of the Expert Witness Written Reports, Discovery and Motion Cutoff Dates, as submitted by Defendants RICHARD SCHUMAKER and VALLEY FRESH PRODUCE, INC., and Plaintiffs AVIARA PARKWAY FARMS and RANCHO SANTA FE PRODUCE, and

Good cause appears therein to grant the requested continuance and accordingly, the Court hereby ORDERS that the Case Management Conference Order be amended accordingly. The Court adopts the following cutoff dates:

| | |
|---|---|
| First Exchange of Experts | January 15, 2009 |
| Exchange of Supplemental Reports | January 29, 2009 |
| Discovery Deadline | February 12, 2010 |
| Pre-trial Motion Deadline | February 16, 2010 |

///

///

1     The parties are advised that absent extraordinary circumstances, no further extensions or
2 modifications will be granted.

6 DATED: October 22, 2009

8 **CATHY ANN BENCIVENGO**
United States Magistrate Judge