UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AVIARA PARKWAY FARMS, INC. and RANCHO SANTA FE PRODUCE, INC., | ) ) ) | CASE NO. '08 CV 2301 JM CAB |
| Plaintiffs, | ) ) | **ORDER AUTHORIZING RELEASE OF FUNDS HELD PURSUANT TO TEMPORARY RESTRAINING ORDER** |
| -vs- | ) ) | |
| AGROPECUARIA LA FINCA et al., | ) ) | **[Docket No. 67]** |
| Defendants. | ) ) | |

After consideration of the Joint Motion for Court Order Authorizing Release of Funds Held Pursuant to Temporary Restraining Order, and good cause otherwise appearing therefor,

IT IS ORDERED that Defendant VALLEY FRESH PRODUCE, INC. is hereby authorized to release the sum of $28,556.95 to PLAINTIFFS, which Defendant VALLEY FRESH PRODUCE, INC. is presently holding pursuant to the Court's issuance of a Temporary Restraining Order on January 5, 2009.

Dated: January 25, 2010

_____
Honorable Jeffrey T. Miller
United States District Court Judge

-1-

ORDER AUTHORIZING RELEASE OF FUNDS HELD PURSUANT TO TEMPORARY RESTRAINING ORDER – Docket No. 67: *Aviara Parkway Farms et al v. Agropecuaria La Vinca, S.P.R. de R.I., et al..* – Case No. '08-CV-02301-JM-CAB