UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIARA PARKWAY FARMS, INC. and RANCHO SANTA FE PRODUCE, INC., <br><br> Plaintiffs, <br><br> -vs- <br><br> AGROPECUARIA LA FINCA et al., <br><br> Defendants. | CASE NO. '08 CV 2301 JM CAB <br><br> **ORDER DISMISSING DEFENDANT VALLEY FRESH PRODUCE, INC. FROM PLAINTIFFS' COMPLAINT [DOCKET NO. 70]** <br><br> COMPLAINT FILED: 12-12-08 |

After consideration of the Joint Motion for Dismissal of Defendant VALLEY FRESH PRODUCE, INC. from Plaintiffs' Complaint, and good cause otherwise appearing,

IT IS ORDERED that Defendant VALLEY FRESH PRODUCE, INC., only, is hereby dismissed from Plaintiffs' Complaint with prejudice.

Dated: January 29, 2010

_____
Honorable Jeffrey T. Miller
United States District Court Judge

-1-

ORDER DISMISSING DEFENDANT VALLEY FRESH PRODUCE, INC. FROM PLAINTIFFS' COMPLAINT: *Aviara Parkway Farms et al v. Agropecuaria La Vinca, S.P.R. de R.I., et al..* – Case No.