# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIARA PARKWAY FARMS, INC. and RANCHO SANTA FE PRODUCE, INC., </br></br>　　　　　　　Plaintiffs, </br></br>-vs- </br></br>AGROPECUARIA LA FINCA et al., </br></br>　　　　　　　Defendants. | CASE NO. '08 CV 2301 JM CAB </br></br>**ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE DATE** </br></br>COMPLAINT FILED: 12-12-08 |

After consideration of the Joint Motion to Continue Pretrial Conference Date, and good cause otherwise appearing therefor,

IT IS ORDERED that the Pretrial Conference Date is continued from April 26, 2010 at 11:00 a.m. to ***May 7, 2010 at 8:30 a.m.***

Dated: April 23, 2010

_____
Honorable Jeffrey T. Miller
United States District Court Judge

-1-

ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE DATE: *Aviara Parkway Farms et al v. Agropecuaria La Vinca, S.P.R. de R.I., et al..* – Case No.