# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIARA PARKWAY FARMS, INC. and RANCHO SANTA FE PRODUCE, INC., <br><br>Plaintiffs, <br><br>vs. <br><br><br><br>AGROPECUARIA LA FINCA, S.P.R. de R.L., et al, <br><br>Defendants. | CASE NO. 08 CV 2301 JM (CAB) <br><br>**ORDER GRANTING JOINT MOTION TO DISMISS; SCHEDULING ORDER** <br><br>Doc. No. 82 |

    Pending before the court is a joint motion by Plaintiffs and Defendant Richard Schumaker to dismiss Defendant Schumaker with prejudice. Finding good cause, the court hereby GRANTS the motion. The Clerk of the Court is directed to terminate Defendant Richard Schumaker as a defendant to this case.

    The court declines to retain jurisdiction to enforce the settlement as requested by the parties.

    The court will hear Plaintiffs' motion for default judgment against Defendants Agropecuaria La Finca, S.P.R. de R.L. and Jose Raul Aviles Geraldo on July 23, 2010 at 1:30 p.m. Plaintiffs shall file their motion for default judgment no later than June 18, 2010. Any oppositions to Plaintiffs'

1  motion for default judgment shall be filed no later than July 9, 2010.  Any replies shall be filed no later
2  than July 16, 2010.
3      **IT IS SO ORDERED.**
4  DATED:  June 2, 2010

                                                              _____
                                                              Hon. Jeffrey T. Miller
                                                              United States District Judge